JUNE 4, 2001

No. 00–434.  OLINGER *v.* UNITED STATES GOLF ASSN.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *PGA TOUR, Inc.* v. *Martin, ante,* p. 661.

No. 00–7917.  SMITH *v.* WASHINGTON ET AL.  C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Becker* v. *Montgomery, ante,* p. 757.

No. 00M94.  BRIDGES *v.* BELL, CHIEF JUDGE, COURT OF APPEALS OF MARYLAND, ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 00–8429.  SHABAZZ *v.* KEATING, GOVERNOR OF OKLAHOMA, ET AL.  C. A. 10th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 969] denied.

No. 00–8727.  MCCARVER *v.* NORTH CAROLINA.  Sup. Ct. N. C. [Certiorari granted, *ante,* p. 941.]  Motion of respondent to supplement the record granted.

No. 00–8900.  NICHOLS *v.* UNITED STATES, *ante,* p. 985.  The Acting Solicitor General is invited to file a response to the petition for rehearing within 30 days.

No. 00–9852.  IN RE JACKSON;
No. 00–9853.  IN RE TERRAZAS;
No. 00–9915.  IN RE GREENE;
No. 00–9919.  IN RE GEE; and
No. 00–9947.  IN RE MOORE.  Petitions for writs of habeas corpus denied.

No. 00–9921.  IN RE HAWKINS.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.